FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Rosalyn A. Mason**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Rosalyn A. Mason** | S.S.# **xxx-xx-2279** |
| | (W) | S.S.# |
| ADDRESS: | **6612 Goldeneye Drive** | |
| | **Memphis, TN 38141** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **815.00 Every Two Weeks** | |
| PAYROLL DEDUCTION: | OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Regional One Health** | |
| | **Attn: Payroll** | |
| | **877 Jefferson Avenue** | |
| | **Memphis, TN 38103** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | (**X**) Not included in Plan    ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **Internal Revenue Service ($9766)** | $ **163** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Specialized Loan Servicing ($91,662)**

| | | | | |
|---|---|---|---|---|
| | Ongoing pmt. Begin **October 2015** | | | $ **911.84** |
| | Approx. arrearage **16,500.00** | Interest **0.00** % | | $ **275.00** |

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Credit Acceptance ($12,654)** | $ **12,654.00** | **5.25** % | $ **241.00** |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$6,874.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:
**Janet M. Lane 014634**
**Janet M. Lane, Attorney at Law**
**2299 Union Avenue**
**Memphis, TN 38104**
**(901) 219-8101 Fax:(866) 264-9179**