**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Rosalyn A. Mason; fka Rosalyn Alane Taylor-Mason |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Tennessee |
| Case number | 15-26009 |

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. **File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association as Trustee of Cabana Series III Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 8 1 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2020

**New total payment:** $ 900.93
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 993.88     New escrow payment: $ 349.96

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Debtor 1 **Rosalyn A. Mason**
First Name    Middle Name    Last Name

Case number (*if known*) **15-26009**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ D. Anthony Sottile**
Signature

Date **05/06/2020**

Print: **D. Anthony Sottile**
First Name    Middle Name    Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number    Street

**Loveland**         **OH**    **45140**
City                 State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**



BSI Financial Services

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

ROSALYN MASON                           YOUR LOAN NUMBER: ███
6612 GOLDENEYE DR
MEMPHIS        TN 38141

DATE: 04/30/20

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   06/20 THROUGH    05/21.
------- ANTICIPATED PAYMENTS FROM ESCROW -    06/20 THROUGH    05/21 -------
          HOMEOWNERS INS               1390.00
          COUNTY TAX                   1007.44
          CITY                          795.01

          TOTAL PAYMENTS FROM ESCROW   3192.45

          MONTHLY PAYMENT TO ESCROW     266.03 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    06/20 THROUGH    05/21 --------
         -ANTICIPATED PAYMENTS-             -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW  DESCRIPTION    ANTICIPATED       REQUIRED
                   ACTUAL STARTING BALANCE       -209.04           798.18
JUN 20    266.03                                   56.99          1064.21
JUL 20    266.03                                  323.02          1330.24
AUG 20    266.03    795.01     CITY              -205.96           801.26
SEP 20    266.03                                   60.07          1067.29
OCT 20    266.03                                  326.10          1333.32
NOV 20    266.03                                  592.13          1599.35
DEC 20    266.03                                  858.16          1865.38
JAN 21    266.03                                 1124.19          2131.41
FEB 21    266.03   1007.44     COUNTY TAX         382.78          1390.00
MAR 21    266.03                                  648.81          1656.03
APR 21    266.03   1390.00     HOMEOWNERS I ALP  -475.16    RLP    532.06
MAY 21    266.03                                 -209.13           798.09

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE

(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -1007.22.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
```
          PRINCIPAL & INTEREST                              550.97
          ESCROW (1/12TH OF ANNUAL ANTICIPATED              266.03
             DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
          PLUS: SHORTAGE PAYMENT                             83.93
          MINUS: SURPLUS CREDIT                               0.00
          ROUNDING ADJUSTMENT                                 0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/20        900.93
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      532.06.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       532.06.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
05/20      993.88         00/00        0.00       00/00         0.00
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
02/20     1007.44 COUNTY TAX           00/00        0.00
00/00        0.00                      00/00        0.00
00/00        0.00                      00/00        0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 15-26009 |
| Rosalyn A. Mason<br>  *fka* Rosalyn Alane Taylor-Mason | Chapter 13 |
| Debtor. | Judge Jennie D. Latta |

## CERTIFICATE OF SERVICE

I certify that on May 6, 2020, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Janet M. Lane, Debtor's Counsel
    janet.lane.lawyer@hotmail.com

    Sylvia F. Brown, Chapter 13 Trustee
    ecf@ch13sfb.com

    Office of the United States Trustee
    ustpregion08.me.ecf@usdoj.gov

I further certify that on May 6, 2020, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Rosalyn A. Mason, Debtor
    6612 Goldeneye Drive
    Memphis, TN 38141

| | |
|---|---|
| Dated: May 6, 2020 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |